

06-CV-05673-JGM

THE HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

MAY - 4 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAULTUNLEASHED, L.L.C., a Texas Limited Liability Company,

    Plaintiff,

v.

INTERNET VENTURES & HOLDINGS, L.L.C. a Tennessee limited liability company; HOOKED ON GAMING L.L.C., a New Jersey limited liability company, STEPHEN RICCIARDI, an individual, JOEY MONTEFOUR, an individual; JOE FOX, an individual, ERIC LAM, an individual, and JOHN DOES ONE (1) THROUGH TEN (10),

    Defendants.

Case No. C06 5673 RBL

**STIPULATED JUDGMENT AND DISMISSAL (JOE FOX)**

Based on the stipulation appearing below, it is hereby ORDERED AND ADJUDGED that injunctive relief be entered in favor of plaintiff and against defendant Joe Fox, and that this action against defendant Joe Fox otherwise be dismissed, without prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED:

ELLIOTT, OSTRANDER & PRESTON, P.C.

DATED: 5/3/07      By /s/ John Ostrander
                        JOHN D. OSTRANDER, WSBA #19645
                        Of Attorneys for Plaintiff

PAGE 1 - STIPULATED JUDGMENT AND DISMISSAL (JOE FOX), CASE NO. C06 5673KLS

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

DATED: __4/27/07__                By _/s/ Joe Fox_____
                                                         JOE FOX

\* \* \* \* \*

IT IS HEREBY ADJUDGED that plaintiff has a judgment against defendant as follows:

1. Defendant Joe Fox shall be enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in Plaintiff's Copyrights identified in Plaintiff's Amended Complaint; and

2. Defendant Joe Fox shall destroy all copies of Plaintiff's copyrighted works that Defendant Joe Fox has made or downloaded onto any computer hard drive or server without Plaintiff's authorization or consent and shall destroy all copies of Plaintiff's copyrighted works transferred onto any physical medium or device in Defendant Joe Fox's possession, custody or control.

3. Plaintiff's claims against Defendant Joe Fox shall otherwise be dismissed without prejudice, and without any award of fees or costs.

DATED: ~~April~~ May 4, 2007.

By ___[signature]___
The Honorable Ronald B. Leighton

PAGE 2 - STIPULATED JUDGMENT AND DISMISSAL
(JOE FOX), CASE NO. C06 5673KLS

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com