HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAULTUNLEASHED, L.L.C., a Texas Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNET VENTURES & HOLDINGS, L.L.C, a Tennessee Limited Liability Company; HOOKED ON GAMING L.L.C., a New Jersey Limited Liability Company; STEPHEN RICCIARDI, an individual; JOEY MONTEFOUR, an individual; JOE FOX, an individual; ERIC LAM, an individual; and JOHN DOES ONE (1) THROUGH TEN (10),<br><br>　　　　　Defendants. | Case No.06-5673 RBL<br><br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOEY MONTEFOUR (A MINOR) |

This matter comes before the court on Plaintiff's Motion for Entry of Default Against Defendant Joey Montefour, a minor, Dkt. # 15. Plaintiff argues that because Montefour has not appeared or otherwise responded to the Complaint within the time allowed, it is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55. Plaintiff claims to have served Montefour by serving his father, Joseph Montefour, at his house on December 5, 2006.

Federal Rule of Civil Procedure 55 provides, in part,

> In all other cases the party entitled to a judgment by default shall apply to the court therefor; but *no judgment by default shall be entered against an infant* or incompetent person *unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein.*

ORDER
Page - 1

Fed. R. Civ. P. 55(b)(2) (emphasis added).

Plaintiffs admit that Defendant Montefour is a minor, and Plaintiff has provided no evidence that Montefour is represented by a general guardian, committee, conservator, or other representative. No one has appeared or responded on Montefour's behalf since Plaintiff filed suit. Because the text of Rule 55 plainly requires that a minor be represented by a general guardian, committee, conservator, or other representative before the Court can enter a default judgment, Plaintiff's Motion is DENIED.

DATED this 8th day of May 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE